UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP,<br><br>         Plaintiff,<br><br>- against -<br><br>CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York; SOLOMON SHINEROCK, in his official capacity as Assistant District Attorney for the County of New York;<br><br>and<br><br>MAZARS USA, LLP,<br><br>         Defendants. | Case No. 1:19-cv-08694-VM |

## MOTION FOR ADMISSION *PRO HAC VICE*

  Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, William S. Consovoy, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff in the above-captioned action.

  I am in good standing of the bars of Virginia and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: September 19, 2019              Respectfully Submitted,

                             */s/ William S. Consovoy*
                           William S. Consovoy
                           CONSOVOY MCCARTHY PLLC
                           1600 Wilson Blvd., Ste. 700
                           Arlington, VA 22209
                           (703) 243-9423
                           will@consovoymccarthy.com