UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                             Plaintiff,<br><br>- against -<br><br>CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York; SOLOMON SHINEROCK, in his official capacity as Assistant District Attorney for the County of New York;<br><br>and<br><br>MAZARS USA, LLP,<br>                             Defendants. | Case No. 1:19-cv-08694-VM |

## **DECLARATION OF WILLIAM S. CONSOVOY**

I, William S. Consovoy, declare:

1. I am an attorney at the law firm Consovoy McCarthy PLLC, counsel for Plaintiff in the above-captioned action. I am over the age of eighteen and am under no mental disability or impairment.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2019

/s/ *William S. Consovoy*
William S. Consovoy
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com