# Supreme Court of Virginia

### AT RICHMOND

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

### WILLIAM SPENCER CONSOVOY

was admitted to practice as an attorney and counsellor at the bar of this Court on June 4, 2002.

I further certify that so far as the records of this office are concerned, WILLIAM SPENCER CONSOVOY is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 4th day of September

A.D. 2019

By: _____

*Deputy Clerk*