UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP,<br>                              Plaintiff,<br><br>- against -<br><br>CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York; SOLOMON SHINEROCK, in his official capacity as Assistant District Attorney for the County of New York;<br><br>and<br><br>MAZARS USA, LLP,<br>                            Defendants. | Case No. 1:19-cv-08694-VM |

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of William Consovoy for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of Virginia and the District of Columbia, and that his contact information is as follows:

>William S. Consovoy
>CONSOVOY MCCARTHY PLLC
>1600 Wilson Blvd., Ste. 700
>Arlington, VA 22209
>(703) 243-9423
>will@consovoymccarthy.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____       _____
                             United States District / Magistrate Judge