**DISTRICT ATTORNEY**
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N.Y. 10013
(212) 335-9000



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/19

Judge Victor Marrero
U.S. District Court Judge
Southern District of New York
500 Pearl Street, New York, N.Y.
By FAX: 212-805-6382

Re: Donald J. Trump v. Cyrus R. Vance, Jr.
19CV. 8694(VM)

Dear Judge Marrero:

Pursuant to a conference among the parties and your clerk in chambers this morning, the parties have agreed to the following schedule subject to the Court's approval: the District Attorney will file a response to the Complaint and Motion for a Temporary Restraining Order by the close of business on Monday, September 23, 2019; the plaintiff's reply will be filed by the close of business on Tuesday September 24, 2019; and the parties will appear for oral argument on Wednesday, September 25, 2019 at 9:30 am.

We await approval from the Court or further instruction as to the schedule proposed above.

Additionally, during this morning's conference the District Attorney agreed to stay enforcement of and compliance with the subpoena issued to Mazars LLP until Wednesday, September 25, 2019 at 1:00 pm, or such other time as determined by the Court.

Very truly yours,

Christopher Conroy
Chief, Major Economic Crimes Bureau
District Attorney of New York

---

Request GRANTED. The briefing schedule and hearing on the motion for injunctive relief in this action shall be as set forth above.

**SO ORDERED.**

9-19-19
DATE

VICTOR MARRERO, U.S.D.J.