UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP,<br><br>      Plaintiff,<br><br> - against -<br><br>CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York;<br><br>and<br><br>MAZARS USA, LLP,<br>      Defendants. | 19CV8694<br>Case No. _____<br><br>[PROPOSED] ORDER GRANTING JUDGE MARRERO PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION |

  After considering Plaintiff's emergency motion for a temporary restraining order and a preliminary injunction, the parties' briefs, and the evidence and oral argument presented at the preliminary-injunction hearing, Plaintiff's motion for a temporary restraining order is **GRANTED**. Plaintiff has demonstrated "'(a) irreparable harm and (b) either (1) likelihood of success on the merits or (2) sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly toward the party requesting the preliminary relief.'" *Citigroup Glob. Markets, Inc. v. VCG Special Opportunities Master Fund Ltd.*, 598 F.3d 30, 35 (2d Cir. 2010). It is hereby **ORDERED** that, until this Court adjudicates the Plaintiff's motion for a preliminary injunction:

  1. The challenged subpoena is stayed;

  2. Defendant Mazars USA, LLP (and its successors in office, officers, agents, servants, employees, attorneys, and anyone acting in concert with them) is enjoined from disclosing, revealing, delivering, or producing the information requested in the challenged subpoena, or otherwise taking any action to comply with the challenged subpoena; and

3. Defendant Cyrus R. Vance, Jr. and (and his successors in office, officers, agents, servants, employees, attorneys, and anyone acting in concert with them) is enjoined from taking any adverse action against Mazars for not complying with the challenged subpoena, or taking any other action to enforce the subpoena.

Dated: _____ \_\_\_\_\_, 2019

_____
United States District Judge