UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP,<br><br>         Plaintiff,<br><br>- against -<br><br>CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York;<br><br>and<br><br>MAZARS USA, LLP,<br>         Defendants. | Case No. 1:19-cv-08694 (VM)<br><br>**VIA ECF**<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

  PLEASE TAKE NOTICE that the undersigned is admitted to this Court and appears herein for defendant CYRUS R. VANCE, Jr., District Attorney for the County of New York. It is requested that all papers in this action be served upon the undersigned at the address set forth below.

Dated: New York, New York
    September 23, 2019

                  _____*s/Solomon Benjamin Shinerock*_____
                  Solomon Benjamin Shinerock
                  Bar Number: SS5855
                  Assistant District Attorney
                  New York County District Attorney's Office
                  80 Centre Street
                  New York, New York 10013
                  shinerocks@dany.nyc.gov
                  212-335-9567