```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DONALD J. TRUMP,                        :
                                        :
                         Plaintiff,     :    19 Civ. 8694 (VM)
                                        :
      - against -                       :    ORDER
                                        :
CYRUS R. VANCE, JR., in his official    :
capacity as District Attorney of the    :
County of New York, and                 :
MAZARS USA, LLP,                        :
                                        :
                         Defendants.    :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the oral argument scheduled for September 25, 2019 at 9:30 a.m. shall be held in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated:   New York, New York
         20 September 2019

                                        VICTOR MARRERO
                                           U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/19