UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP,<br>                         Plaintiff,<br><br>- against -<br><br>CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York;<br><br>and<br><br>MAZARS USA, LLP,<br>                         Defendants. | Case No. 1:19-cv-08694 (VM)<br><br>**VIA ECF**<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

     PLEASE TAKE NOTICE that the undersigned is admitted to this Court and appears herein for defendant CYRUS R. VANCE, Jr., District Attorney for the County of New York. It is requested that all papers in this action be served upon the undersigned at the address set forth below.

Dated:   New York, New York
           September 20, 2019

                                                                _s/ Allen J. Vickey_____
                                                                 Allen J. Vickey
                                                                 Bar Number: AV-1776
                                                                 Assistant District Attorney
                                                                 New York County District Attorney's Office
                                                                 80 Centre Street
                                                                 New York, New York 10013
                                                                 vickeya@dany.nyc.gov
                                                                 212-335-9297