UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP,<br><br>          Plaintiff,<br><br>- against -<br><br>CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York;<br><br>and<br><br>MAZARS USA, LLP,<br><br>          Defendants. | Case No. 1:19-cv-08694 (VM)<br><br>**VIA ECF**<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

   Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Christopher Conroy, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant in the above-captioned action.

   I am in good standing of the bar of New York State, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  September 23, 2019

                     Respectfully Submitted,

                      */s/ Christopher Conroy*
                     Christopher Conroy
                     Chief, Major Economic Crimes Bureau
                     District Attorney of New York County
                     80 Centre Street
                     New York, NY 10013
                     (212) 335-3743
                     conroyc@dany.nyc.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD J. TRUMP,

                      Plaintiff,

- against -

CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York;

and

MAZARS USA, LLP,

                      Defendants.

Case No. 1:19-cv-08694 (VM)

**VIA ECF**

**DECLARATION OF CHRISTOPHER CONROY**

I, Christopher Conroy, declare:

1. I am an attorney at the office of the District Attorney of the County of New York, Defendant in the above captioned action. I am over the age of eighteen and am under no mental disability or impairment.
2. I have never been convicted of a felony.
3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.
4. There are no pending disciplinary proceedings against me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2019

                                                                    /s/ Christopher Conroy
                                                             Christopher Conroy
                                                             Chief, Major Economic Crimes Bureau
                                                             District Attorney of New York County
                                                             80 Centre Street
                                                             New York, NY 10013
                                                             (212) 335-3743
                                                             conroyc@dany.nyc.gov



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Christopher Raymond Conroy** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 21 st day of **May 1997**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on September 20, 2019.



*Aprilanne Agostino*

Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP,<br>                              Plaintiff,<br><br>- against -<br><br>CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York;<br><br>and<br><br>MAZARS USA, LLP,<br>                              Defendants. | Case No. 1:19-cv-08694 (VM)<br>**VIA ECF**<br><br>**ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Christopher Conroy for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of New York; and that his contact information is as follows:

>   Christopher Conroy
>   District Attorney of New York County
>   80 Centre Street, New York, NY 10013
>   (212) 335-3743
>   conroyc@dany.nyc.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____
                                                          United States District Judge