UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP,<br>                             Plaintiff,<br><br>- against -<br><br>CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York;<br><br>and<br><br>MAZARS USA, LLP,<br>                             Defendants. | Case No. 1:19-cv-08694 (VM)<br><br>**VIA ECF**<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that the undersigned is admitted to this Court and appears herein for defendant CYRUS R. VANCE, Jr., District Attorney for the County of New York.  It is requested that all papers in this action be served upon the undersigned at the address set forth below.

Dated:   New York, New York
        September 23, 2019

                                                  _s/ Carey R. Dunne_
                                                  Carey R. Dunne
                                                  Bar Number: CD1988
                                                  General Counsel
                                                  New York County District Attorney's Office
                                                  One Hogan Place
                                                  New York, New York 10013
                                                  dunnec@dany.nyc.gov
                                                  212-335-9216