UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/19

DONALD J. TRUMP,

                         Plaintiff,

- against -

CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York;

and

MAZARS USA, LLP,

                         Defendants.

Case No. 1:19-cv-08694 (VM)

**VIA ECF**

**ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Christopher Conroy for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of New York; and that his contact information is as follows:

    Christopher Conroy
    District Attorney of New York County
    80 Centre Street, New York, NY 10013
    (212) 335-3743
    conroyc@dany.nyc.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 23 September 2019

                                                      **Victor Marrero**
                                                   United States District Judge