# EXHIBIT 4

# MUKASEY FRENCHMAN & SKLAROFF LLP

2 Grand Central Tower
140 East 45th Street, Suite 17A
New York, NY 10017

Marc L. Mukasey
Partner
212-466-6406
Marc.mukasey@mfsllp.com

September 19, 2019

**VIA EMAIL**
Christopher Conroy (CONROYC@dany.nyc.gov )
**Chief, Major Economic Crimes Bureau**
**District Attorney's Office, New York County**
One Hogan Place
New York, NY 10013

Re:   **Grand Jury Subpoena Duces Tecum to Mazars USA LLP**

Dear Mr. Conroy:

We write in response to your letter of September 18, 2019.

Your narrative is misleading. On August 1, 2019, you issued a subpoena to the Trump Organization. We immediately expressed our willingness to comply. Shortly thereafter, as we began to gather responsive documents, you claimed that the subpoena called for tax returns. We pointed out the obvious - it does not. Your response was to make an end-run around the President and his family business by seeking years of tax returns and other documents in a sweeping subpoena to Mazars.

We have since asked repeatedly to discuss this matter with you and/or for the return date on the Mazars subpoena – September 19, 2019 - to be temporarily suspended so the serious constitutional issues raised by your actions can properly be addressed through discussion or litigation. Put another way, all we have asked for is a fair opportunity for the President of the United States to be heard. You refused.

Very truly yours,

Marc L. Mukasey
Founding Partner

cc:   Cyrus R. Vance Jr., District Attorney
ADA Solomon Shinerock