AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| DONALD J. TRUMP, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-08694 (VM) |
| CYRUS R. VANCE, JR. and MAZARS USA, LLP, | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Mazars USA LLP.

Date: 09/24/2019

/s/ Jerry D. Bernstein
*Attorney's signature*

Jerry D. Bernstein, Bar No. JB7631
*Printed name and bar number*

Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020
*Address*

JBernstein@BlankRome.com
*E-mail address*

(212) 885-5511
*Telephone number*

(917) 332-3766
*FAX number*