AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| DONALD J. TRUMP, <br> *Plaintiff* <br> v. <br> CYRUS R. VANCE, JR. and MAZARS USA, LLP, <br> *Defendant* | ) <br> ) <br> ) Case No. 1:19-cv-08694 (VM) <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Mazars USA LLP.

Date: 09/24/2019

/s/ Inbal P. Garrity
*Attorney's signature*

Inbal P. Garrity, Bar No. IP2960
*Printed name and bar number*

Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020
*Address*

IGarrity@BlankRome.com
*E-mail address*

(212) 885-5010
*Telephone number*

(917) 332-3709
*FAX number*