UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONALD J. TRUMP,

                              Plaintiff,


        - against -


CYRUS R. VANCE, JR., in his official capacity as
District Attorney of the County of New York;
SOLOMON SHINEROCK, in his official capacity
as Assistant District Attorney of the County of
New York, amd MAZARS USA, LLP,


                              Defendants.

---

No. 19 Civ. 8694 (VM)

NOTICE OF APPEARANCE

TO:    Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests that the Clerk note his appearance in this

case as counsel for the United States of America and add him as a Filing User to whom Notices

of Electronic Filing will be transmitted in this case.

Date:  New York, New York
       September 24, 2019

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney
                              Southern District of New York

                 By:     /s/ Jeffrey Oestericher_____
                              JEFFREY OESTERICHER
                              Chief, Civil Division
                              86 Chambers Street, 3rd Floor
                              New York, New York 10007
                              Telephone: (212) 637-2695
                              Facsimile:  (212) 637-2786
                              Email:  Jeffrey.Oestericher@usdoj.gov