```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
DONALD J. TRUMP,                        :
                                        :
                       Plaintiff,       :    19 Civ. 8694 (VM)
                                        :
        - against -                     :    ORDER
                                        :
CYRUS R. VANCE, JR., in his official    :
capacity as District Attorney of the    :
County of New York, and                 :
MAZARS USA, LLP,                        :
                                        :
                       Defendants.      :
---------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/19

**VICTOR MARRERO, United States District Judge.**

As set forth on the record during the oral argument held today, September 25, 2019, it is hereby

**ORDERED** that the stay of enforcement of and compliance with the subpoena issued to Mazars USA, LLP, which is scheduled to expire today, September 25, 2019 at 1:00 p.m. (see Dkt. No. 4), shall be extended to tomorrow, September 26, 2019 at 5:00 p.m. It is further

**ORDERED** that the parties in this action shall meet and confer regarding their respective concerns, and inform the Court, through the submission of a joint letter by tomorrow, September 26, 2019 at 4:00 p.m., whether they have agreed upon a process for proceeding in the interim period between expiration of the current stay and the issuance of the Court's decision. Finally, it is

**ORDERED** that the request of the United States (Dkt. No. 24) for additional time to determine whether to participate in this action is **GRANTED**. The United States shall have until close of business on Monday, September 30, 2019, to inform the Court and the parties whether it intends to participate in this action. If the United States determines that it will participate, it shall have until close of business on Wednesday, October 2, 2019, to file a submission.

**SO ORDERED.**

Dated:   New York, New York
         25 September 2019

VICTOR MARRERO
U.S.D.J.