# BLANKROME

1271 Avenue of the Americas | New York, NY 10020

Phone: (212) 885-5511
Fax: (917) 332-3766
Email: JBernstein@BlankRome.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/19

September 24, 2019

**Via Fax—(212) 805-6382**

Judge Victor Marrero
U.S. District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street, Suite 1040
New York, NY 10007

Re:  *Trump v. Vance*, No. 19-cv-8694 (VM)

Dear Judge Marrero:

We represent Defendant Mazars USA LLP ("Mazars USA") in this action. In advance of tomorrow's appearance, I write to advise the Court of Mazars USA's position as to Plaintiff's motion for a temporary restraining order and a preliminary injunction (ECF No. 6).

Plaintiff seeks to enjoin Defendant Cyrus R. Vance, Jr., in his official capacity as District Attorney of the County of New York, from enforcing a grand jury subpoena dated August 29, 2019 (ECF No. 6-2), and to enjoin Mazars USA from complying with the subpoena. The grand jury's subpoena, by its terms, compels Mazars USA to produce certain documents in its possession.

Although Mazars USA is the recipient of the grand jury's subpoena, the dispute in this action is between Plaintiff and Defendant Vance. Accordingly, Mazars USA takes no position on the legal issues raised by Plaintiff, and requests no time for oral argument before the Court.

Respectfully submitted,

Jerry D. Bernstein

cc: All counsel of record (via email)

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by Defendant Mazars USA.

SO ORDERED.

9-25-19
DATE    VICTOR MARRERO, U.S.D.J.

Blank Rome LLP • blankrome.com