

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

By fax: 212.805.6382

September 30, 2019

The Honorable Victor Marrero
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re: *Trump v. Vance*, 19 Civ. 8694 (VM)

Dear Judge Marrero:

    In accordance with the Court's order of September 25, 2019 (ECF No. 25), we write respectfully to inform the Court that the United States of America will file a submission by the close of business on Wednesday, October 2, 2019.

    Thank you for your consideration.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/1/19

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By: _____
JEFFREY S. OESTERICHER
Assistant United States Attorney
Telephone: 212.637.2695
Fax: 212.637.2730
E-mail: jeffrey.oestericher@usdoj.gov

cc: (by email)
William S. Consovoy, Esq.
Carey R. Dunne, Esq.

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by the Government.

SO ORDERED.

9-30-19
DATE

VICTOR MARRERO, U.S.D.J.