UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                          Plaintiff,<br><br>- against -<br><br>CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York; SOLOMON SHINEROCK, in his official capacity as Assistant District Attorney of the County of New York, amd MAZARS USA, LLP,<br><br>                         Defendants. | No. 19 Civ. 8694 (VM)<br><br>NOTICE OF APPEARANCE |

TO:    Clerk of Court
          United States District Court
          Southern District of New York

The undersigned attorney respectfully requests that the Clerk note his appearance in this case as counsel for the United States of America and add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  Washington, D.C.
         October 2, 2019

                                                Respectfully submitted,

                                                JOSEPH H. HUNT
                                                Assistant Attorney General

                                                JAMES M. BURNHAM
                                                Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director,
Federal Programs Branch

By: /s/ Joshua E. Gardner
JOSHUA E. GARDNER
Special Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-7583
Facsimile: (202) 616-8470
Email: Joshua.E.Gardner@usdoj.gov

*Counsel for the United States*