## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                       Plaintiff,<br><br>- against -<br><br>CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York; SOLOMON SHINEROCK, in his official capacity as Assistant District Attorney for the County of New York;<br><br>and<br><br>MAZARS USA, LLP,<br><br>                       Defendants. | Case No. 1:19-cv-08694-VM |

## EMERGENCY NOTICE OF APPEAL

Plaintiff Donald J. Trump hereby appeals to the U.S. Court of Appeals for the Second Circuit, on an emergency basis, this Court's decision from October 7, 2019, denying Plaintiff's emergency motion for a temporary restraining order and a preliminary injunction, denying Plaintiff a stay pending appeal, and dismissing the case.

Dated: October 7, 2019

Respectfully Submitted,

   /s/ *William S. Consovoy*
William S. Consovoy
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com