```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DONALD J. TRUMP,              :
                              :
            Plaintiff,        :   19 Civ. 8694 (VM)
                              :
    - against -               :   ORDER
                              :
CYRUS R. VANCE, JR., in his official :
capacity as District Attorney of the :
County of New York, and       :
MAZARS USA, LLP,              :
                              :
            Defendants.       :
----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

In accordance with the November 4, 2019 decision of the United States Court of Appeals for the Second Circuit in this matter, see Trump v. Vance, No. 19-3204, slip op. at 34 n.19 (2d Cir. Nov. 4, 2019), the parties are hereby ordered to inform the Court by November 8, 2019 whether further proceedings before this Court will be necessary in light of the Second Circuit's disposition. The Court will retain jurisdiction over the case for the purposes of enforcement in the event that following entry of a final judgment, any party to which such judgment is directed refuses to comply.

**SO ORDERED.**

Dated:   New York, New York
         5 November 2019

                                   _____
                                   VICTOR MARRERO
                                   U.S.D.J.