In the United States District Court
for the Southern District of New York

| | |
|---|---|
| Donald J. Trump, Plaintiff<br>vs.<br><br>CYRUS R. VANCE, JR., in his official capacity<br>as District Attorney, County of New York and;<br>SOLOMON SHINEROCK, in his official capacity<br>    Asst. District Attorney, County of New York<br>and MAZARS USA, LLP<br>         Defendants | No. 19 cv 8694-VM<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 11-19-19 |

3270 Stoney Ridge Rd.  Eugene, OR 97405   541-510-3915  OperationSunriseLAW@gmail.com
www.RisePatriot.com   www.WellsFargoWitz.com   Solution: www.TheEugeneBlairProject.com

## 2nd Amicus Curiae Briefing of Andrew Clark
## in Favor of Donald J. Trump
*Usually-Sketchy Humans Called "Attorneys" Act as God Using Court Software*

I noticed this case was being continued despite my Amicus Curiae dated October 14, 2019.  This is to tighten the screws on this "Court" proceeding by indicating it is one part of a definable effort to negate and overthrow the Presidency.  MAZARS: you need to intervene for your Client.  If you allow the government access to client records without fighting it you won't have clients.

Cyrus Vance Jr., Solomon Shinerock, and Figurehead Judge Victor Marrero et al are so political it stinks.  The 75 page "robo-order" has no actual relationship to tax returns. It is a computer-compilation of past cases. We are required to have faith in it or face physical punishment.  It is just another form of holocaust.

### Justice Ruth Bader-Ginsberg To the Rescue! (page 5)
But first take a look at very brief biographies of the above people.
They are in cynical contempt of the Court.
Identifiable groups of attorneys abuse court systems to distract, arrest, or smear anyone they want to...even a President.  They do it because the court systems are virtually unedited and allow unseen court clerks to perpetrate most anything without facts, evidence, or court hearings.  They do it for kicks and money.

In the United States District Court
for the Southern District of New York

| | |
|---|---|
| Donald J. Trump, Plaintiff <br> vs. <br><br> CYRUS R. VANCE, JR., in his official capacity <br> as District Attorney, County of New York and; <br> SOLOMON SHINEROCK, in his official capacity <br> Asst. District Attorney, County of New York <br> and MAZARS USA, LLP <br>                 Defendants | ) <br> ) <br> ) **No. 18 cv 8694-VM** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## Second Amicus Curiae Briefing of Andrew Clark
## in Favor of Donald J. Trump
### Certificate of Service

I certify  I used U.S. First Class Mail 11.12..2019  to serve this filing to:

2 copies mailed for filing to Court Clerk   United States District Court for the Southern District of New York  500 Pearl Street New York, New York 10007

1 copy mailed as a crime report to  Director of Secret Service Agency 245 Murray Ln SW - BLDG T-5,  Washington, DC 20223 **and** Attorney General at U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, DC 20530-0001 due to the banking system interface of my personal case and massive inadequacy and fraud in court systems.

1 copy mailed to Donald J. Trump c/o 1600 Pennsylvania Ave NW, Washington, DC 20500

1 copy mailed to William S. Consovoy   Consovoy & McCarthy  1600 Wilson Blvd., Ste. 700 Arlington, VA 22209

1 copy mailed to Alan S. Futerfas Law Offices 565 Fifth Ave., 7th Floor New York, NY 10017

1 copy mailed to Cyrus Vance, Jr.  One Hogan Place   New York, NY 10013

1 copy mailed to MAZARS    135 W 50th St, New York, NY 10020

1 copy mailed to Board Communications, Wells Fargo and Company   P.O. Box 63710 San Francisco, CA 94163

Signed_____(signature)_____   Andrew Clark  3270 Stoney Ridge Rd Eugene OR 97405
November 12, 2019

Mirriam-Webster Definition of Coup d'état - A sudden decisive exercise of force in politics, esp. the violent overthrow *or alteration* of an existing government by a small group

## A Very Brief Biography of Cyrus Vance Jr.  Exudes Naked Politics
### (Google to see his gold-plated but uninspiring job and life history)

Vance grew up in New York City. He is the son of Grace Elsie (Sloane) and Cyrus Vance Sr., who served as Secretary of the Army under presidents John F. Kennedy and Lyndon B. Johnson and Deputy Secretary of Defense under President Johnson, then Secretary of State to President Jimmy Carter.  Vance attended the Buckley School and Groton School, and then went on to graduate from Yale University. He then earned his Juris Doctor from Georgetown University Law Center in 1982. While in law school, he planned campaign trips for Colorado Senator Gary Hart.

## Figurehead Judge Victor Marrero: 78 years as a Token Puerto Rican
### (opinion based on job-hopping history prior to becoming a Figurehead Judge)

Marrero was born in Santurce, San Juan, Puerto Rico in 1941. He received a Bachelor of Arts degree from New York University in 1964. He received a Bachelor of Laws from Yale Law School in 1968. He was an assistant to the mayor of New York City from 1968 to 1970. He was an assistant administrator/ neighborhood director of the Model Cities Administration in New York City from 1970 to 1973. He was a co-founder of the Puerto Rican Legal Defense and Education Fund in 1972. He was the Executive Director of the Department of City Planning of New York City from 1973 to 1974. He was a special counsel to the comptroller of New York City from 1974 to 1975. He was the first assistant counsel to the governor of the State of New York, from 1975 to 1976. He was the Chairman of the City Planning Commission of New York City from 1976 to 1977. He was a Commissioner and Vice Chairman of the New York State Housing Finance Agency from 1978 to 1979. He was the Undersecretary of the United States Department of Housing and Urban Development from 1979 to 1981. He was in private practice of law in New York City from 1981 to 1993. He served as United States Ambassador to the Economic and Social Council of the United Nations from 1993 to 1997. He was the US Ambassador and Permanent Representative of the United States to the Organization of American States from 1998 to 1999.

***Editorial:*** *No industry allows its leaders to be so old. Judge Wallace of 9th Circuit is 90.  Per ABA Judicial Canons they are required to supervise staff to ensure human and automated processes comport to facts and evidence.  Most of them are out playing politics or screwing around in one way and another.*

**Solomon Shinerock**: His education, qualifications, and experience in real-world life appear minimal per my interpretation Google searches.  I stumbled across a case (next page), all <u>indications</u> are it's the same Solomon Shinerock .

*My mother's rather non-religious family were considered Russian Jews and came through Ellis Island in 1926.  They, like most, were eager to exchange past labels for their luggage which was returned to them as a final step in the immigration process.*
*My mother, still with us, was born in Far Rockaway NY in 1932.  My father is currently the youngest still surviving POW of WW-2 at 93.  They bailed me out and watched me fitted with an electronic ankle monitor…all the result of fraud of local justice systems by an ex-prosecutor who still has not been placed in prison. He still collects a paycheck from the State as me (his victim) is ghettoized among the dead and dying victims of Wells Fargo et al.*

The "Torah Bells" situation may be amusing in the spirit of the animated television show "Southpark" which shamelessly pokes fun at stereotypes:

1) Two competing synagogues with similar names have been using the courts, including this one, to litigate each other over religious objects that in some sense or another have been in dispute for well over a century now.

2) Plaintiff is represented by two men with names "Solomon".

Most people could at least see the possible irony; many would likely find it amusing.  It also speaks volumes about why our civil courts have no time for facts and evidence.  The next page shows the case number and all the attorneys involved.  It may hint of the questionable standing and legal abilities of Solomon B. Shinerock and this Court as it relates to prosecuting Citizen and President Trump over his professionally-prepared private financial documents. **Solomon would have cut this baby in half,** instead it was deferred to Rhode Island.

Case Number: 12 Civ. 8406  Judge: District Judge Miriam Goldman Cedarbaum
Summary: *Action Over Torah Bells' Ownership Dismissed In Favor of First-Filed Rhode Island Lawsuit* (with a several page opinion signed by a 'judge'.)
Date filed: 2014-29-10 11:29:37 U.S. District Court, Southern District Court of New York
Attorneys for Plaintiff by: Deming Eliot Sherman, Esq., Anthony Joseph Viola, Esq., Zachary Winthrop Silverman, Esq., Attorneys Edwards Wildman Palmer LLP, Rhode Island and New York, NY. Attorneys for Plaintiff by: Louis M. Solomon, Esq., Solomon B Shinerock, Esq., Cadwalader, Wickersham & Taft LLP New York, NY.; Attorneys for Defendant by: Gary P. Naftalis, Esq. Jonathan Mark Wagner, Esq. Tobias B. Jacoby, Esq., Kramer Levin Naftalis & Frankel LLP, New York, NY. Attorneys for Defendant by: Steven Earle Snow, Esq., Partridge Snow & Hahn LLP, Rhode Island

## Statement of Standing and Legal Imperative

My personal case shows how attorneys anywhere can and do arrange false arrest. I see the exact same tactics being used against national leaders. That situation in a society bound by the law is known as "the 'structure of holocaust" as it is used selectively in order to paint a person as a criminal and the systems take it from there. In my case it was used as employment retaliation.

---

**Wells Fargo's Attorneys Use Textbook Mafia Kidnapping:**
False Arrest = "SWATTING" = criminal violation of 18 USC 1201.  It is a classic 'mob' trick.
**Meet me in a SWAT Car. Hear police in my home and in their HQ.**
**www.RisePatriot.com  /  www.WellsFargoWitz.com**
*WELLS FARGO EMPLOYMENT RETALIATION AGAINST LOWEST-LEVEL WORKER.*
*TAMPERING WITH A FEDERAL WITNESS (ME).*

**Ogletree Deakins Employment Law is a national firm of fee-gouging carpetbaggers with legal AIDS.** They have a shocking history of false arrest and system manipulation in Maricopa County AZ in the "Sheriff Joe" case.
Articles linked here: **www.RisePatriot.com/theybbad.pdf** .
**Corporate Doom**: Just as in the 'Sheriff Joe' case, **Ogletree Deakins** did it to me by tricking or coercing a local ex-Prosecutor to fraudulently input 10 identical communication stalking charges in favor of a corporation and without a restraining order, hearing, or grand jury. That caused a local system to

administer massive punishment with no trial or hearing. Problem? I had already been admitted to local FBI to deliver evidence and by definition am a Federal Witness and they Tampered.  <u>Wells Fargo: fix this mess.  Please *call me* today</u> to talk Progress at 541.510.3915 .  Don't be afraid.  A solution metaphor is at hand:

**www.TheEugeneBlairProject.com.**

---

## Justice Ruth Bader-Ginsberg To the Rescue!
### Yates vs. United States, 2015, Ginsberg's Most Landmark Case

Now is a great time for the legal industry to recognize how it affects each case and each attorney.  In my case, it directly applies to the attorneys, court clerks and judges who allowed my official evidence including police a/v and records to be obstructed via fraudulent use of official court systems despite my repeated and endless motions against such activity.   They are all very GUILTY of a major crime and require federal prosecution.   *Yates* appears to permit such a prosecution without a necessary penalty but FBI will make that choice.

Meanwhile as it relates to subject case:  This Court should dismiss the case given the Rule of Lenity, which is used to underpin *Yates*.  It is defined as follows:

> The rule of lenity (also called the rule of strict construction) is a principle of criminal statutory interpretation that requires a court to apply any unclear or ambiguous law in the manner most favorable to the defendant.

*Yates v. US* involved a fishing boat captain who was charged with a federal felony 18 US Code 1519 which was meant to be used against financial executives pursuant to the Sarbanes-Oxley anti-shredding legislation born of Enron.  The criminal offense was used against large numbers of citizens in other industries.

It was never used against any executive or member of the financial industry as was intended.

One of his crew destroyed 3 (three) undersized fish and Captain Yates was charged with violating 18 USC 1519. That gave rise to years of legal battles and finally made its way to the Supreme Court. In early 2015 a Court sharply divided along political lines published an opinion which at first may appear limited in scope as it defines a 'tangible object'. But the reasoning that supported the opinion is so far-reaching that it could be applied to almost all subsequent cases in any court in America.

Now the wisdom and genius buried in that case can be fully appreciated and put into action; I feel people of all politics would understand it better now. The case is all about malicious prosecution and over-prosecution of too many laws resulting in only punishment and fear. It was a case in which a Justice quoted Dr. Suess (one fish, two fish) and I assert it is a thinly veiled warning to the Attorney Industry to make their activity less coercive and contrived and that 18 USC 1519 is most easily applied to COURT WORKERS and ATTORNEYS who misuse legal systems for personal or political gain. Dismiss this case right now. It is an obvious false pretense.

The oft-repeated Milgram Experiment shows again and again that humans have no limit to the pain they will inflict using human and automated 'systems'. Such is our "justice system" as we move into the year 2020.

Signed: _____  November 12, 2019

Andrew Clark  3270 Stoney Ridge Rd.  Eugene OR 97405  541.510.3915
OperationSunriseLAW@gmail.com   www.RisePatriot.com   www.WellsFargoWitz.com
www.TheEugeneBlairProject.com   www.DoggyMcStyleLAW.com

Case 1:19-cv-08694-VM   Document 43   Filed 11/19/19   Page 8 of 8