MANDATE

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of November, two thousand nineteen.

Before:     Robert A. Katzmann,
                    *Chief Judge,*
              Denny Chin,
              Christopher F. Droney,
                    *Circuit Judges.*

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 10 2020

Donald J. Trump,

            Plaintiff - Appellant,

v.

Cyrus R. Vance, Jr., in his official capacity as
District Attorney of the County of New York,
Mazars USA, LLP,

            Defendants - Appellees.

_____

**JUDGMENT**

Docket No. 19-3204

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's order denying the President's request for a preliminary injunction is AFFIRMED, the district court's judgment dismissing the complaint on the ground of *Younger* abstention is VACATED, and the case is REMANDED to the district court for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
 Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/10/2020