```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
DONALD J. TRUMP,                      :
                                      :
                 Plaintiff,           :    19 Civ. 8694 (VM)
                                      :
      - against -                     :    ORDER
                                      :
CYRUS R. VANCE, JR., in his official  :
capacity as District Attorney of the  :
County of New York, and               :
MAZARS USA, LLP,                      :
                                      :
                 Defendants.          :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In accordance with the July 9, 2020 decision of the United States Supreme Court, see Trump v. Vance, No. 19-635, slip op. at 21–22 (July 9, 2020), and the July 10, 2020 Mandate of the United States Court of Appeals for the Second Circuit remanding the case to this Court (see Dkt. No. 46), the parties are hereby ordered to jointly inform the Court by the morning of July 15, 2020 whether further proceedings will be necessary in light of the dispositions by the Courts above. The parties' joint submission should outline potential areas for further argument.

A telephone conference to discuss the parties' positions on further proceedings, and a proposed schedule for further briefing, if necessary, is hereby scheduled for

July 16, 2020 at 10:00 a.m. The parties are directed to use the dial-in number 1-888-363-4749 and access code 8392198.

**SO ORDERED.**

Dated:    New York, New York
          10 July 2020

Victor Marrero
U.S.D.J.