UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP,<br>        Plaintiff,<br><br>- against -<br><br>CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York;<br><br>and<br><br>MAZARS USA, LLP,<br>        Defendants. | Case No. 1:19-cv-08694 (VM)<br><br>**VIA ECF**<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

  PLEASE TAKE NOTICE that the undersigned is admitted to this Court and appears herein for defendant CYRUS R. VANCE, Jr., District Attorney for the County of New York. It is requested that all papers in this action be served upon the undersigned at the address set forth below.

Dated: New York, New York
   July 10, 2020

           *s/Julieta V. Lozano*
           Julieta V. Lozano
           Bar Number: JL6737
           Chief, Major Economic Crimes Bureau
           District Attorney of New York County
           80 Centre Street
           New York, New York 10013
           LozanoJ@dany.nyc.gov
           (212) 335-4025