UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
DONALD J. TRUMP,                                          :

                                Plaintiff,    :    CASE NO. 1:19-cv-08694(VM)

             v.                                     :    **NOTICE OF APPEARANCE**

CYRUS R. VANCE, JR., in his official capacity    :
as District Attorney of the County of New York;

                                                 :

and

                                                 :

MAZARS USA, LLP,
                Defendants.
------------------------------------------------------------------------ x

       PLEASE TAKE NOTICE that Thomas R. Manisero of Wilson Elser Moskowitz Edelman & Dicker, LLP ("Wilson Elser") hereby makes an appearance as counsel of record on behalf of Defendant Mazars USA, LLP and requests that he be served with all future pleadings and submissions to the Court.

Dated: White Plains, New York
         July 13, 2020

                                                            Respectfully submitted,

                                                            WILSON ELSER MOSKOWITZ
                                                            EDELMAN & DICKER LLP

                                                     By:__*/s/Thomas R. Manisero*
                                                        Thomas R. Manisero
                                                        1133 Westchester Avenue
                                                        White Plains, New York 10604
                                                        (914) 872-7229
                                                        thomas.manisero@wilsonelser.com
                                                        *Attorneys for Defendant*
                                                        *Mazars USA, LLP*