UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
DONALD J. TRUMP,                                          :

                             Plaintiff,                      :   CASE NO. 1:19-cv-08694(VM)

           v.                                                       :   **NOTICE OF APPEARANCE**

CYRUS R. VANCE, JR., in his official capacity     :
as District Attorney of the County of New York;

                                                         :
and
                                                         :

MAZARS USA, LLP,
               Defendants.
------------------------------------------------------------------------ x

       PLEASE TAKE NOTICE that Rebecca R. Gelozin of Wilson Elser Moskowitz Edelman & Dicker, LLP ("Wilson Elser") hereby makes an appearance as counsel of record on behalf of Defendant Mazars USA, LLP and requests that she be served with all future pleadings and submissions to the Court.


Dated: White Plains, New York
       July 13, 2020

                                     Respectfully submitted,

                                     WILSON ELSER MOSKOWITZ
                                     EDELMAN & DICKER LLP


                            By: */s/ Rebecca R. Gelozin*
                               Rebecca R. Gelozin
                               1133 Westchester Avenue
                               White Plains, NY  10604
                               (914) 872-7445
                               rebecca.gelozin@wilsonelser.com
                               *Attorneys for  Defendant*
                               *Mazars USA, LLP*