UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
DONALD J. TRUMP,                                               :

                              Plaintiff,                   :   CASE NO. 1:19-cv-08694(VM)

            v.                                                   :   **NOTICE OF APPEARANCE**

CYRUS R. VANCE, JR., in his official capacity          :
as District Attorney of the County of New York;

                                                                 :

and

                                                                  :

MAZARS USA, LLP,
                        Defendants.
------------------------------------------------------------------------ x

       PLEASE TAKE NOTICE that Peter J. Larkin of Wilson Elser Moskowitz Edelman & Dicker, LLP ("Wilson Elser") hereby makes an appearance as counsel of record on behalf of Defendant Mazars USA, LLP and requests that he be served with all future pleadings and submissions to the Court.

Dated: White Plains, New York
         July 13, 2020

                                        Respectfully submitted,

                                        WILSON ELSER MOSKOWITZ
                                        EDELMAN & DICKER LLP

                             By: */s/ Peter J. Larkin*
                                 Peter J. Larkin
                                 1133 Westchester Avenue
                                 White Plains, NY  10604
                                 (914) 872-7847
                                 peter.larkin@wilsonelser.com
                             *Attorneys for Defendant*
                             *Mazars USA, LLP*