# Supreme Court of the United States

No. 19-635

DONALD J. TRUMP,

Petitioner

v.

CYRUS R. VANCE, JR., IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY OF THE COUNTY OF NEW YORK, ET AL.

ON WRIT OF CERTIORARI to the United States Court of Appeals for the Second Circuit.

THIS CAUSE came on to be heard on the transcript of the record from the above court and was argued by counsel.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Court that the judgment of the above court is affirmed, and the case is remanded to the United States Court of Appeals for the Second Circuit for further proceedings consistent with the opinion of this Court.

July 9, 2020

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

A True Copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 17, 2020

CERTIFIED COPY ISSUED ON 07/17/2020

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 17, 2020

Clerk
United States Court of Appeals
  for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: Donald J. Trump
           v. Cyrus R. Vance, Jr., in His Official Capacity as District
           Attorney of the County of New York, et al.
           No. 19-635 (Your docket No. 19-3204)

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                             Sincerely,

                             SCOTT S. HARRIS, Clerk

                             By   */s/ Hervé Bocage*

                             Hervé Bocage
                             Judgments/Mandates Clerk

Enc.
cc:     All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 17, 2020

Mr. Jay Alan Sekulow
Constitutional Litigation and
   Advocacy Group, P.C.
1701 Pennsylvania Ave., NW
Suite 200
Washington, DC 20006

      Re:  **Donald J. Trump
           v. Cyrus R. Vance, Jr., in His Official Capacity as District
           Attorney of the County of New York, et al.,
           No. 19-635**

Dear Mr. Sekulow:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Second Circuit.

                                           Sincerely,

                                           SCOTT S. HARRIS, Clerk

                                           By  /s/ Herve' Bocage
                                                Herve' Bocage
                                                Judgments/Mandates Clerk

cc:  Clerk, USCA Second Circuit
       (Your docket No. 19-3204)