**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DONALD J. TRUMP,

                                     Plaintiff,

- against -

CYRUS R. VANCE, JR., in his official capacity
as District Attorney of the County of New
York;

and

MAZARS USA, LLP,

                                     Defendants.

Case No. 1:19-cv-08694 (VM)

**VIA ECF**

**MOTION FOR ADMISSION**
*PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Sarah Walsh, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Vance in the above-captioned action.

I am in good standing of the bar of New York State.  There are no pending disciplinary proceedings against me in any state or federal court.

Dated:  July 20, 2020

Respectfully submitted,

*/s/ Sarah Walsh*
Sarah Walsh
Assistant District Attorney
New York County District Attorney's Office
80 Centre Street
New York, NY 10013
(212) 335-4378
WalshS@dany.nyc.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                    Plaintiff,<br><br>- against -<br><br>CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York;<br><br>and<br><br>MAZARS USA, LLP,<br><br>                    Defendants. | Case No. 1:19-cv-08694 (VM)<br><br>**VIA ECF**<br><br><br>**DECLARATION OF**<br>**SARAH WALSH** |

I, Sarah Walsh, declare that:

1. I am an attorney at the New York County District Attorney's Office. Cyrus R. Vance, Jr., in his official capacity as District Attorney of the County of New York, is listed as a Defendant in the above captioned action. I am over the age of eighteen and am under no mental disability or impairment.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me in any state or federal court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2020

                                                */s/ Sarah Walsh*
                                                Sarah Walsh
                                                Assistant District Attorney
                                                New York County District Attorney's Office
                                                80 Centre Street
                                                New York, NY 10013
                                                (212) 335-4378
                                                WalshS@dany.nyc.gov



## Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

---

I, **Aprilanne Agostino,**   Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that    **Sarah Ann Walsh**    was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the   **8 th**   day of     **January 2014,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on  July 15, 2020.

*Aprilanne Agostino*

Clerk of the Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

DONALD J. TRUMP,

                              Plaintiff,

- against -

CYRUS R. VANCE, JR., in his official capacity
as District Attorney of the County of New
York;

and

MAZARS USA, LLP,

                              Defendants.

Case No. 1:19-cv-08694 (VM)

**VIA ECF**

**ORDER FOR ADMISSION** *PRO HAC VICE*

The motion of Sarah Walsh for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of New York; and that her contact information is as follows:

> Sarah Walsh
> New York County District Attorney's Office
> 80 Centre Street, New York, NY 10013
> (212) 335-4378
> WalshS@dany.nyc.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District Judge