USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 21, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD J. TRUMP,

                Plaintiff,

- against -

CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York;

and

MAZARS USA, LLP,

                Defendants.

Case No. 1:19-cv-08694 (VM)

**VIA ECF**

**ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Sarah Walsh for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of New York; and that her contact information is as follows:

> Sarah Walsh
> New York County District Attorney's Office
> 80 Centre Street, New York, NY 10013
> (212) 335-4378
> WalshS@dany.nyc.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July 21, 2020

_____
Victor Marrero
U.S.D.J.