```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
DONALD J. TRUMP,                        :
                                        :
                Plaintiff,              :    19 Civ. 8694 (VM)
                                        :
    - against -                         :    ORDER
                                        :
CYRUS R. VANCE, JR., in his official    :
capacity as District Attorney of the    :
County of New York, and                 :
MAZARS USA, LLP,                        :
                                        :
                Defendants.             :
---------------------------------------X
```
**VICTOR MARRERO, United States District Judge.**

By Order dated July 16, 2020, the Court endorsed the parties' proposed schedule for the filing of a second amended complaint and an answer or further motion practice. (See Dkt. No. 53.) The parties are hereby ordered to file all further submissions by 12:00 p.m. on the corresponding date set forth in the July 16, 2020 Order.

**SO ORDERED.**

Dated:   New York, New York
         28 July 2020

_____
Victor Marrero
U.S.D.J.