UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                Plaintiff,<br><br>    v.<br><br>CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York, and MAZARS USA, LLP,<br><br>                Defendants. | Case No. 19-cv-8694 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Ryan W. Allison of Selendy & Gay PLLC, with offices located at 1290 Avenue of the Americas, 17th Floor, New York, New York 10104, hereby appears on behalf of Defendant Cyrus R. Vance, Jr., in his official capacity as District Attorney of the County of New York, in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, NY
          August 3, 2020

SELENDY & GAY PLLC

By: /s/ *Ryan W. Allison*
Ryan W. Allison
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
rallison@selendygay.com

*Attorneys for Defendant Cyrus R. Vance, Jr.*