# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

DONALD J. TRUMP,

                      Plaintiff,

- against -

CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York;

and

MAZARS USA, LLP,

                      Defendants.

Case No. 1:19-cv-08694 (VM)

**VIA ECF**

**NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

       **PLEASE TAKE NOTICE** that, pursuant to the Court's endorsement and order dated July 16, 2020 (Dkt. 53), and upon the accompanying Memorandum of Law, and all the prior papers and proceedings in this case, on August 3, 2020, or as soon thereafter as counsel can be heard, Defendant Cyrus R. Vance, Jr., in his official capacity as District Attorney of the County of New York, will move before the Honorable Victor Marrero, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order dismissing Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's July 16, 2020 endorsement and order, any opposing brief must be filed on or before August 10, 2020, and any reply brief must be filed on or before August 14, 2020.

Dated: New York, New York
       August 3, 2020

Respectfully submitted,

s/Carey R. Dunne
CAREY R. DUNNE
     GENERAL COUNSEL
CHRISTOPHER CONROY (PRO HAC VICE)
JULIETA V. LOZANO
JAMES H. GRAHAM
ALLEN J. VICKEY
SARAH A. WALSH (PRO HAC VICE)
SOLOMON B. SHINEROCK
     ASSISTANT DISTRICT ATTORNEYS
NEW YORK COUNTY
DISTRICT ATTORNEY'S OFFICE
One Hogan Place
New York, New York 10013

CAITLIN HALLIGAN
RYAN W. ALLISON
DAVID A. COON
SELENDY & GAY PLLC
1290 Sixth Avenue
New York, New York 10104

WALTER E. DELLINGER III
(PRO HAC VICE MOTION FORTHCOMING)
DUKE UNIVERSITY LAW SCHOOL
Science Drive & Towerview Road
Durham, North Carolina 27706

*Counsel for Defendant Vance*