UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP,<br><br>     Plaintiff,<br><br>   v.<br><br>CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York, and MAZARS USA, LLP,<br><br>     Defendants. | Case No. 19-cv-8694<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

  Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Walter Dellinger, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Cyrus R. Vance, Jr., in the above-captioned matter.

  I am in good standing of the bar of the District of Columbia. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: August 3, 2020

               Respectfully submitted,

          By: /s/  *Walter Dellinger*
              Walter Dellinger
              Duke University Law School
              Science Drive & Towerview Road
              Durham, NC 27706
              (919) 613-8535
              wdellinger@omm.com