USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 4, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD J. TRUMP,

        Plaintiff,

    v.

CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York, and MAZARS USA, LLP,

        Defendants.

Case No. 19-cv-8694

**ORDER FOR ADMISSION**
*PRO HAC VICE*

The motion of Walter Dellinger for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

>  Walter Dellinger
>  Duke University Law School
>  Science Drive & Towerview Road, Durham, NC 27706
>  (919) 613-8535
>  wdellinger@omm.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant in the above entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 4, 2020

_____
Victor Marrero
U.S.D.J.