**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DONALD J. TRUMP,

                    Plaintiff,

   -against-                                             19 **CIVIL** 8694 (VM)

## JUDGMENT

CYRUS R. VANCE, JR., in his official
Capacity as District Attorney of the County of
New York, and MAZARS USA, LLP,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 20, 2020, the motion filed by defendant Cyrus R. Vance, Jr., in his official capacity as the District Attorney of the County of New York, to dismiss the Second Amended Complaint of plaintiff Donald J. Trump, is GRANTED, and the Second Amended Complaint is dismissed with prejudice. The motion filed by plaintiff Donald J. Trump for discovery is DENIED as moot; accordingly, this case is closed.

**Dated:**  New York, New York

       August 20, 2020

                                                            **RUBY J. KRAJICK**
                                                                Clerk of Court

                                   BY:
                                                                  Deputy Clerk