UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP,<br>        Plaintiff,<br><br>- against -<br><br>CYRUS R. VANCE, JR., in his official capacity as District Attorney of the County of New York; SOLOMON SHINEROCK, in his official capacity as Assistant District Attorney for the County of New York;<br><br>and<br><br>MAZARS USA, LLP,<br>        Defendants. | Case No. 1:19-cv-8694-VM |

## EMERGENCY NOTICE OF APPEAL

Plaintiff Donald J. Trump hereby appeals to the U.S. Court of Appeals for the Second Circuit, on an emergency basis, this Court's order and judgment from August 20, 2020, granting Defendants' motion to dismiss.

Dated:  August 20, 2020             Respectfully Submitted,

                       */s/ William S. Consovoy*
                       William S. Consovoy
                       CONSOVOY MCCARTHY PLLC
                       1600 Wilson Blvd., Ste. 700
                       Arlington, VA 22209
                       (703) 243-9423
                       will@consovoymccarthy.com