1:19-cv-08694-VM

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of August, two thousand twenty.

Before:        Denny Chin,
                    *Circuit Judge.*

_____

Donald J. Trump,

                Plaintiff - Appellant,

v.

Cyrus R. Vance, Jr., in his official capacity as District Attorney of the Country of New York, Mazars USA, LLP,

                Defendants - Appellees.

_____

**ORDER**

Docket No. 20-2766

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _8/21/2020_____ |

Appellant, President Donald J. Trump, moves for a stay pending appeal and an administrative stay of the district court's dismissal of his challenge to the Mazars subpoena.

To the extent Appellant seeks an immediate administrative stay, that request is DENIED. The motion for a stay pending appeal shall be heard before a three-judge panel on Tuesday, September 1, 2020. Appellees' opposition to the motion must be filed by 5 p.m. on August 27, 2020, and Appellant's reply, if any, must be filed by 5 p.m. on August 31, 2020.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

