N.Y.S.D. Case # 19-cv-8694(VM)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of September, two thousand twenty.

Before:    John M. Walker, Jr.,
               Robert A. Katzmann,
               Raymond J. Lohier, Jr.,
                 *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 01 2020

Donald J. Trump,

    Plaintiff - Appellant,

v.

Cyrus R. Vance, Jr., in his official capacity as District Attorney of the County of New York, Mazars USA, LLP,

    Defendants - Appellees.

**ORDER**

Docket No. 20-2766

    On August 21, 2020, Appellant filed a motion, on an emergency basis, seeking a stay pending appeal of the district court's order and judgment dated August 20, 2020, granting defendants' motion to dismiss. Opposition to the motion was filed on August 27, 2020. A reply was filed on August 31, 2020. Following oral argument on the motion held this date,

    IT IS HEREBY ORDERED that a stay of the district court's order and judgment pending determination of the appeal is granted. The merits argument of the appeal will be held on September 25, 2020 at 10:00 am. In consultation with the parties, the following briefing scheduled is set: Appellant's brief is due September 11, 2020 at 5:00 pm; Appellees' brief is due September 21, 2020 at 5:00 pm; Appellant's reply brief is due September 24, 2020 at noon.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/01/2020